**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SHEFSKY, an individual; JAMES BAY RESOURCES LTD., a Canadian limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company; and WYNN RESORTS, LIMITED, a Nevada corporation,<br><br>Defendants. | Case No. 2:25-cv-00358-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT BRIEFING**<br><br>**FIRST REQUEST** |

Under Local Rules IA 6-1 and 6-2 and Local Rule 7-1, plaintiffs Stephen Shefsky and James Bay Resources Ltd. (collectively "Plaintiffs"), along with defendants Wynn Las Vegas, LLC and Wynn Resorts, Limited (collectively "Defendants"), stipulate and respectfully request that the Court extend the deadline for (1) Plaintiffs to respond to Defendants' Motion for Summary Judgment (ECF No. 13) from April 24, 2025 to May 8, 2025, and (2) Defendants to file their reply in support of the Motion for Summary Judgment from May 22, 2025 to June 5, 2025.  The Parties request the additional time and foregoing briefing schedule based on existing deadlines, hearings in other matters, and so that the Parties have sufficient time to adequately address the arguments at issue in the briefing.

///

///

///

1

1  This is the parties' first request to extend the briefing, and this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of April, 2025.                    DATED this 21st day of April, 2025.

McDONALD CARANO LLP                                     SNELL & WILMER LLP

By: /s/ Rory T. Kay                                     By: /s/ Bradley T. Austin
   Rory T. Kay, Esq. (NSBN 12416)                           Patrick G. Byrne, Esq. (NSBN 7636)
   Kiley A. Harrison, Esq. (NSBN 16092)                     Bradley T. Austin, Esq. (NSBN 13064)
   2300 West Sahara Avenue, Suite 1200                      Christian P. Ogata, Esq. (NSBN 15612)
   Las Vegas, Nevada 89102                                  1700 S Pavilion Center Drive, Suite 700
                                                            Las Vegas, Nevada 89135
   *Attorneys for Stephen Shefsky and
   James Bay Resources Ltd.*                                *Attorneys for Wynn Las Vegas, LLC and
                                                            Wynn Resorts, Ltd.*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2025

2