Rory T. Kay (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Plaintiffs Stephen Shefsky and James Bay Resources Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SHEFSKY, an individual; JAMES BAY RESOURCES LTD., a Canadian limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company; and WYNN RESORTS, LIMITED, a Nevada corporation,<br><br>Defendants. | Case No. 2:25-cv-00358-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON WYNN LAS VEGAS, LLC AND WYNN RESORTS, LIMITED'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Under Local Rules IA 6-1 and 6-2 and Local Rule 7-1, plaintiffs Stephen Shefsky and James Bay Resources Ltd. (collectively, "Plaintiffs"), along with defendants Wynn Las Vegas, LLC and Wynn Resorts, Limited (collectively, "Defendants"), stipulate and respectfully request that the Court extend the deadline for Plaintiffs to respond to Defendants' May 19, 2025 Motion to Stay Discovery Pending Resolution of Motion for Summary Judgment (ECF No. 22) ("Motion") from June 2, 2025 to June 16, 2025. Plaintiffs request the additional time based on existing deadlines and counsel's personal matters. The parties further stipulate and respectfully request that the Court extend the deadline for Defendants to file their reply in support of their Motion from June 9, 2025 (or June 23, 2025, if the Court grants Plaintiffs' requested extension) to July 7, 2025.

///

///

///

1


1  This is the parties' first request to extend these deadlines, and this stipulation is made in
2  good faith and not for the purposes of delay.

3  **IT IS SO STIPULATED.**

4  DATED this 27th day of May, 2025.           DATED this 27th day of May, 2025.

5  McDONALD CARANO LLP                         SNELL & WILMER LLP

7  By: */s/ Rory T. Kay*                      By: */s/ Bradley T. Austin*
   Rory T. Kay, Esq. (NSBN 12416)              Patrick G. Byrne, Esq. (NSBN 7636)
   Kiley A. Harrison, Esq. (NSBN 16092)        Bradley T. Austin, Esq. (NSBN 13064)
8  MCDONALD CARANO LLP                          Christian P. Ogata, Esq. (NSBN 15612)
   2300 West Sahara Avenue, Suite 1200         1700 S Pavilion Center Drive, Suite 700
9  Las Vegas, Nevada 89102                      Las Vegas, Nevada 89135

   *Attorneys for Stephen Shefsky and*         *Attorneys for Wynn Las Vegas, LLC and*
   *James Bay Resources Ltd.*                  *Wynn Resorts, Ltd.*

**IT IS SO ORDERED.**

Plaintiffs' opposition to defendants' Motion to be filed by June 16, 2025. Defendants' reply to be filed by July 7, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 5/28/2025

2