J. COLBY WILLIAMS (5549)
  Email: jcw@cwlawlv.com
PHILIP R. ERWIN (11563)
  Email: pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Fax: 702.382.0540

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Limited*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SHEFSKY, an individual; JAMES BAY RESOURCES LTD., a Canadian limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNN LAS VEGAS, LLC, a Nevada limited liability company; and WYNN RESORTS, LIMITED, a Nevada corporation, <br><br> Defendants. | Case No. 2:25-cv-00358-ART-MDC <br><br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> **(First Request)** |

Pursuant to Local Rule IA 6-1 and 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs and Defendants hereby STIPULATE to extend the time for Defendants to respond to Plaintiffs' First Amended Complaint ("FAC") (ECF No. 45) by twenty-four days. Defendants' current deadline to respond to the FAC is February 3, 2026. Should the Court approve the requested extension, Defendants' response will be due on February 27, 2026.

Good cause exists for the requested extension. Defendants recently substituted in new counsel on January 23, 2026. *See* ECF No. 46. Defense counsel have an oral argument before the Ninth Circuit Court of Appeals in Phoenix, Arizona on February 3, 2026. Additionally, defense counsel are preparing for and will be participating in a multi-day evidentiary hearing before the Honorable Richard F. Boulware the week of February 2, 2026.

. . . .

This is the first extension requested for Defendants to file their response to the FAC and is not made for the purpose of delay.

IT IS SO STIPULATED.

CAMPBELL & WILLIAMS                     McDONALD CARANO LLP


By: /s/ J. Colby Williams                By: /s/ Rory T. Kay
   J. Colby Williams (5549)                 Rory T. Kay (12416)
   Philip R. Erwin (11563)                  Kiley A. Harrison (16092)
   710 South Seventh Street                 2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89101                  Las Vegas, Nevada 89102

*Attorneys for Defendants*                 *Attorneys for Plaintiffs*
*Wynn Las Vegas, LLC and Wynn Resorts,*    *Stephen Shefsky and James Bay Resources Ltd.*
*Limited*


**ORDER**


**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE


Dated: January 29, 2026

Page 2 of 3