**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SHEFSKY, an individual; JAMES BAY RESOURCES LTD., a Canadian limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company; and WYNN RESORTS, LIMITED, a Nevada corporation,<br><br>Defendants. | Case No. 2:25-cv-00358-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND BRIEFING ON (1) DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND (2) DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>**SECOND REQUEST** |

Under Local Rules IA 6-1 and 6-2 and Local Rule 7-1, plaintiffs Stephen Shefsky and James Bay Resources Ltd. (collectively, "Plaintiffs"), along with defendants Wynn Las Vegas, LLC and Wynn Resorts, Limited (collectively, "Defendants"), stipulate and respectfully request that the Court extend the deadline for Plaintiffs to respond to (1) Defendants' February 27, 2026 Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 49) and (2) Defendants' February 27, 2026 Motion to Stay Discovery Pending Ruling on Motion to Dismiss (ECF No. 50) from March 27, 2026 to April 3, 2026.  Plaintiffs request the one-week extension based on time-sensitive obligations in other matters.

///

///

///

1

This is the parties' second request to extend these deadlines, and this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 26th day of March, 2026.    DATED this 26th day of March, 2026.

McDONALD CARANO LLP    CAMPBELL & WILLIAMS

By: */s/ Rory T. Kay*    By: */s/ J. Colby Williams*
    Rory T. Kay, Esq. (NSBN 12416)    J. Colby Williams (NSBN 5549)
    Kiley A. Harrison, Esq. (NSBN 16092)    Philip R. Erwin (NSBN 11563)
    2300 West Sahara Avenue, Suite 1200    710 South Seventh Street
    Las Vegas, Nevada 89102    Las Vegas, Nevada 89102

    *Attorneys for Stephen Shefsky and*    *Attorneys for Wynn Las Vegas, LLC and*
    *James Bay Resources Ltd.*    *Wynn Resorts, Ltd.*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: March 26, 2026

2