**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SHEFSKY, an individual; JAMES BAY RESOURCES LTD., a Canadian limited liability company, | Case No. 2:25-cv-00358-ART-MDC |
| Plaintiffs, | **ORDER GRANTING** |
| vs. | **STIPULATION EXTENDING TIME TO FILE REPLY BRIEFS IN SUPPORT OF (1) MOTION TO DISMISS, AND (2) MOTION TO STAY DISCOVERY** |
| WYNN LAS VEGAS, LLC, a Nevada limited liability company; and WYNN RESORTS, LIMITED, a Nevada corporation, | |
| Defendants. | **(First Request)** |

Pursuant to Local Rule IA 6-1 and 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs and Defendants hereby STIPULATE to extend the time for Defendants to file Reply briefs in support of their Motion to Dismiss First Amended Complaint (ECF No. 49) and their Motion to Stay Discovery Pending Ruling on Motion to Dismiss (ECF No. 50) by two weeks. Defendants' current deadline to file their Reply briefs is April 10, 2026. Should the Court approve the requested extension, Defendants' Replies will be due on April 24, 2026.

Good cause exists for the requested extension. Plaintiffs' oppositions to the subject motions (ECF Nos. 57 and 58) were timely filed on Friday, April 3, 2026 pursuant to the parties' stipulation (ECF No. 56) when defense counsel was out of town for the Easter holiday. Defendants' counsel have pre-existing and time sensitive matters in other cases this week and next, including multiple hearings in state and federal court, that prevent them from meeting the current April 10 deadline.

Page 1 of 3

This is the first extension requested for Defendants to file their Replies in support of the dismissal and stay motions and is not made for the purpose of delay.

IT IS SO STIPULATED.

CAMPBELL & WILLIAMS                    McDONALD CARANO LLP

By: /s/ *J. Colby Williams*                    By: /s/ *Kiley A. Harrison*
   J. Colby Williams (5549)                       Rory T. Kay (12416)
   Philip R. Erwin (11563)                         Kiley A. Harrison (16092)
   710 South Seventh Street                      2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89101                      Las Vegas, Nevada 89102

*Attorneys for Defendants*                      *Attorneys for Plaintiffs*
*Wynn Las Vegas, LLC and,*                    *Stephen Shefsky and James Bay Resources Ltd.*
*Wynn Resorts, Limited*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

Dated: <u>April 9, 2026</u>