J. COLBY WILLIAMS (5549)
  Email: jcw@cwlawlv.com
PHILIP R. ERWIN (11563)
  Email: pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Fax: 702.382.0540

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and*
*Wynn Resorts, Limited*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SHEFSKY, an individual; JAMES BAY RESOURCES LTD., a Canadian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company; and WYNN RESORTS, LIMITED, a Nevada corporation,<br><br>Defendants. | Case No. 2:25-cv-00358-ART-MDC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1 and 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs and Defendants hereby STIPULATE to extend the time for Defendants to file their Answer to Plaintiffs' First Amended Complaint (ECF No. 45) by 14 days. Defendants' current deadline to file their Answer is June 17, 2026. Should the Court approve the requested extension, Defendants' Answer will be due on July 1, 2026.

Good cause exists for the requested extension. First, Defendants' in-house counsel is traveling out of the country until after current deadline such that Defendants need additional time to review and respond to the allegations in the First Amended Complaint. Second, Defendants' counsel has pre-existing and time sensitive matters in other cases, including a hearing in federal court, that prevent them from meeting the current June 17 deadline.

This is the first extension requested for Defendants to file their Answer and is not made for the purpose of delay.

IT IS SO STIPULATED.

CAMPBELL & WILLIAMS

By:___/s/ *Philip R. Erwin*_____
    J. Colby Williams (5549)
    Philip R. Erwin (11563)
    710 South Seventh Street
    Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts,*
*Limited*

McDONALD CARANO LLP

By:___/s/ *Rory T. Kay*_____
    Rory T. Kay (12416)
    Kiley A. Harrison (16092)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for Plaintiffs*
*Stephen Shefsky and James Bay Resources Ltd.*


**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2026