**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Stephen Shefsky, *et al.*,

Plaintiffs,

vs.

Wynn Las Vegas, LLC, *et al.*,

Defendants.

Case No. 2:25-cv-00358-ART-MDC

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY (ECF NO. 76)**

The Court has reviewed the *Motion to Withdraw as Attorney* (ECF No. 76) ("Motion"). The Court **GRANTS** the Motion for the reasons below.

Defendants request to have J. Colby Williams, Esq. withdrawn as their counsel. *ECF No. 76* Defendants state that Mr. Williams is no longer associated with Campbell & Williams ("Campbell"), the law firm representing them. *Id.* Defendants will still be represented by Philip R. Erwin, Esq. and Samuel R. Mirkovich, Esq from Campbell. *Id.* For good cause shown and because the Motion is unopposed (*see* LR 7-2(d)), defendants' request is therefore granted.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Withdraw As Attorney* (ECF No. 76) is **GRANTED**.
2. J. Colby Williams, Esq. shall be terminated as counsel of record for defendants, and removed from CM/ECF service in this matter.

DATED: September 18, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge